UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                              CRIMINAL ACTION

VERSUS

DEZIE L. PERKINS                                      NO.: 10-00022-BAJ-RLB

## RULING AND ORDER

Before the Court is Dezie L. Perkins's ("Defendant") **Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. 58)**. The Magistrate Judge has issued a **Report and Recommendations (Doc. 85)**, recommending that Defendant's motion be denied. No objection to the Magistrate Judge's Report has been filed and the deadline to do so has passed.

Having independently considered Defendant's motion, the Court **APPROVES** the Magistrate Judge's **Report and Recommendations (Doc. 85)** and **ADOPTS** it as the Court's opinion herein.

1

Accordingly,

**IT IS ORDERED** that **Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody** (Doc. 58) is hereby **DENIED** for the reasons explained in the Magistrate Judge's Report.

Baton Rouge, Louisiana, this 25th day of March, 2016.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**